Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−21616−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William J. Vosburgh
  aka William James Vosburgh
  7805 Raymond Dr
  Millville, NJ 08332

Social Security No.:
  xxx−xx−7865

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 11, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William J. Vosburgh  
    Debtor

Case No. 23-21616-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 11, 2024      Form ID: 148      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Vosburgh, 7805 Raymond Dr, Millville, NJ 08332-5921 |
| 520112354 | + | Bridgeton Onized FCU, 2550 S Main Road, Vineland, NJ 08360-7138 |
| 520112356 | + | Commercial Township Tax Office, 1768 Main Street, Port Norris, NJ 08349-3348 |
| 520112369 | + | MOVEMENT MORTGAGE/SERVICEMAC, PO BOX 100078 DULUTH,, Duluth, GA 30096-9377 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 11 2024 20:49:54 | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 11 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 11 2024 20:48:38 | Movement Mortgage, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 520112352 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 11 2024 20:53:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520126772 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 11 2024 20:53:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520112353 | + | Email/Text: bankruptcy@bbandt.com | Jul 11 2024 20:53:00 | BRANCH B&T, 223 WEST NASH ST WILSON, Wilson, NC 27893-3801 |
| 520112355 | + | EDI: CAPITALONE.COM | Jul 12 2024 00:35:00 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520112357 | + | EDI: CCS.COM | Jul 12 2024 00:35:00 | CREDIT COLLECTION SERVICES, PO BOX 607 NORWOOD, Norwood, MA 02062-0607 |
| 520121607 | + | EDI: AIS.COM | Jul 12 2024 00:35:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520112358 | + | EDI: DISCOVER | Jul 12 2024 00:35:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 520118712 | | EDI: DISCOVER | Jul 12 2024 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520112359 | + | EDI: AMINFOFP.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 12 2024 00:35:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520112362 | | EDI: IRS.COM | Jul 12 2024 00:35:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520112363 | | EDI: JPMORGANCHASE | Jul 12 2024 00:35:00 | JPMCB CARD SERVICES, PO BOX 15369 WILMINGTON, Wilmington, DE 19850 |
| 520112364 | | EDI: JPMORGANCHASE | Jul 12 2024 00:35:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 520112366 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 21:06:37 | LVNV FUNDING LLC, PO BOX 1269, C/O RESURGENT CAPITAL SERVICES, Greenville, SC 29602-1269 |
| 520171329 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 20:56:03 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, ( 29603-0587 |
| 520112368 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2024 20:53:00 | Midland Credit Management INC, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520112367 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2024 20:53:00 | Midland Credit Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 520155203 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520171429 | ^ | MEBN | Jul 11 2024 20:48:37 | Movement Mortgage, LLC c/o ServiceMac, 9726 Old Bailes Road, Ste. 200, Fort Mill, SC 29707-7882 |
| 520112370 | ^ | MEBN | Jul 11 2024 20:47:17 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520130260 | | Email/Text: signed.order@pfwattorneys.com | Jul 11 2024 20:51:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520147951 | + | EDI: JEFFERSONCAP.COM | Jul 12 2024 00:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520157277 | | EDI: Q3G.COM | Jul 12 2024 00:35:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520112371 | | Email/Text: bankruptcy@sequium.com | Jul 11 2024 20:52:00 | Sequium asset solutions LLC, 1130 Northchase Parkway Suite 150, Marietta, GA 30067 |
| 520112372 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 11 2024 20:51:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520121529 | + | EDI: AIS.COM | Jul 12 2024 00:35:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520123286 | + | Email/Text: bankruptcy@bbandt.com | Jul 11 2024 20:53:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520112360 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520112361 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 520112365 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 11, 2024 | Form ID: 148 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Movement Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Movement Mortgage  LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Seymour Wasserstrum | on behalf of Debtor William J. Vosburgh mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6